**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------x
                                       :
UNITED STATES OF AMERICA               :
                                       :
         -against-                     :          **ORDER**
                                       :
                                       :
                                       :
                                       :          _____
                                       :             Docket #
---------------------------------------x


_____, **DISTRICT JUDGE:**
     Judge's Name

The C.J.A. attorney assigned to this case

_____ is hereby ordered substituted
     Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to _____, NUNC-PRO-TUNC _____.

                        Attorney's Name


A conference is scheduled for          **SO ORDERED.**
May 6, 2026 at 10:30 a.m.


                              _____
                              **UNITED STATES DISTRICT JUDGE**


**Dated:   New York, New York**

          April 27, 2026