

May 13, 2026

Application granted. Time is excluded until May 20, 2026, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

Ronnie Abrams, U.S.D.J.
May 13, 2026

***Via* ECF**
The Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> **Re:**    *United States v. Lance Williams*, **26-CR-78 (RA)**

Dear Judge Abrams,

  This letter concerns my representation of Mr. Lance Williams in the above-captioned case. It is in response to the Court's request for a status letter by May 13, 2026, proposing a trial date and corresponding pre-trial motion deadlines.

  After conferencing with Mr. Williams, the defense consents to an additional week of excludable time and requests an additional week to consider a potential trial date proposal. The Government, through William Stone, consents to adjourning today's deadline for a week to finalize proposed motions and trial schedules. Therefore, I would respectfully request an adjournment of today's deadline to May 20, 2026.

  Thank you for the Court's consideration.

Respectfully submitted,

/s

Aaron Mysliwiec
*Attorney for Lance Williams*

Miedel & Mysliwiec LLP
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com