UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

LANCE WILLIAMS,

Defendant.

No. 26-CR-78

ORDER

RONNIE ABRAMS, United States District Judge:

A conference is scheduled for May 22, 2026 at 12:00 p.m. in Courtroom 1506, 40 Foley

Square, New York, NY 10007 before Judge Ronnie Abrams.

SO ORDERED.

Dated:    May 21, 2026
          New York, New York

_____
Ronnie Abrams
United States District Judge