UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

LANCE WILLIAMS,

Defendant.

No. 26-cr-78 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court will hold oral argument on Defendant's motion to dismiss the indictment (Dkt. 25) and motion to suppress (Dkt. 27) on September 15, 2026 at 2:00 p.m. in Courtroom 1506, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: September 9, 2026
New York, New York

Ronnie Abrams
United States District Judge